Argued April 2, affirmed April 10, 1928.

## CLARENCE WILSON *v.* LUCKENBACH STEAMSHIP CO., INC.

(265 Pac. 1117.)

From Multnomah: ROBERT G. MORROW, Judge.

Department 2.

For appellant there was a brief over the names of *Messrs. Wood, Montague & Matthiessen* and *Mr. Gunther F. Krause,* with an oral argument by *Mr. Erskine Wood.*

For respondent there was a brief over the name of *Messrs. Lord & Moulton,* with an oral argument by *Mr. Arthur I. Moulton.*

PER CURIAM.—We find no merit in this appeal. The judgment of the lower court is affirmed.

AFFIRMED.